**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1168
_____

RICHARD A. CAPELL,

             Plaintiff - Appellant,

        v.

C. LEE CARTER, III; SOUTH CAROLINA DEPARTMENT OF PUBLIC
SAFETY; YORK COUNTY SHERIFF'S DEPARTMENT; TFC DW JENKINS;
YORK COUNTY DEPUTY ALDRIDGE,

             Defendants - Appellees,

        and

TROOPER SCDPS; DEPUTY YORK COUNTY,

             Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Terry L. Wooten, Chief District
Judge.   (3:13-cv-00586-TLW)

_____

Submitted:  April 17, 2014        Decided:  April 22, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard A. Capell, Appellant Pro Se.   Eugene Matthews,
RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard A. Capell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint raising claims under Title II of the Americans With Disabilities Act of 1990, 42 U.S.C. § 12132 (2006), 42 U.S.C. § 1983 (2006), and 42 U.S.C. §§ 1985, 1986 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Capell v. Carter, No. 3:13-cv-00586-TLW (D.S.C. Jan. 16, 2014). We deny Capell's requests for video evidence, for appointment of counsel, to seal his case, for waiver of fees, and to serve documents electronically. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED